FILED IN THE
UNITED STATES
BANKRUPTCY COURT
2009 FEB 10 PM 12:02

**UNITED STATES BANKRUPTCY COURT DISTRICT OF UTAH**

In Re:  PWJ HOLDINGS, LLC,        )  Case No. _____
                                  )
            Debtor.               )  Chapter 11
                                  )

## LIST OF SECURITY HOLDERS

Following is the list of the Debtor's equity securities holders which is prepared in accordance with Rule 1007(a)(3) for filing in this Chapter 11 case:

| Name and Address of Security Holder | Kind of Interest | Equity Held |
|---|---|---|
| Prime West Holdings, LLC<br>2989 West Maple Loop, Suite 110<br>Lehi, UT 84043 | Membership Interest | 75% |
| Jordanelle Third Mortgage, LLC<br>4518 N. 32nd Street<br>Phoenix, AZ 85018 | Membership Interest | 25% |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, manager of the limited liability company named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Security Holders and that it is true and correct to the best of my information and belief.

Date: 2/10/09                Signature: _____
                             Nathan Welch, Manager
                             PWJ Holdings, LLC