FILED IN THE
UNITED STATES
BANKRUPTCY COURT
2009 FEB 10 PM 12: 02
DISTRICT OF UTAH

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF UTAH**

| | |
|---|---|
| In Re:  PWJ HOLDINGS, LLC, ) | Case No. _____ |
| ) | |
| Debtor. ) | Chapter 11 |
| ) | |

**LIST OF TWENTY LARGEST UNSECURED CREDITORS**

Following is the list of the Debtor's twenty largest unsecured creditors (excluding insiders):

| Name and Address of Unsecured Creditor | Amount of Unsecured Debt |
|---|---|
| None | $0.00 |

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**

I, manager of the limited liability company named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Twenty Largest Unsecured Creditors and that it is true and correct to the best of my information and belief.

Date: 2/10/09          Signature: /s/ Nathan Welch
                                  Nathan Welch, Manager
                                  PWJ Holdings, LLC