**The below described is SIGNED.**

(hjs)

**Dated: October 14, 2009** _____

**JUDITH A. BOULDEN**
**U.S. Bankruptcy Judge**

_____

J. THOMAS BECKETT (5587)
SHANE D. HILLMAN (8194)
BRIAN P. ROSANDER (10718)
**PARSONS BEHLE & LATIMER**
A Professional Corporation
One Utah Center
201 South Main Street, Suite 1800
Salt Lake City, Utah  84111
Telephone: (801) 532-1234
Facsimile: (801) 536-6111
E-Mail: tbeckett@parsonsbehle.com
E-Mail: shillman@parsonsbehle.com
E-Mail: brosander@parsonsbehle.com

*Attorneys for Robert C. Tripodi, Jr.*

## IN THE UNITED STATES BANKRUPTCY COURT
## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| In re: | **BANKRUPTCY CASE NO. 09-21044 JAB** |
| **PWJ HOLDINGS, LLC**, a Utah limited liability company | |
| Debtor | (Chapter 7) |
| | Honorable Judith A. Boulden |
| | *[Filed Electronically via ECF]* |

## ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY

4817-2449-8180.2

**Filed: 10/13/09**

The Court, having reviewed Robert C. Tripodi, Jr.'s ("Tripodi") Motion for Relief from the Automatic Stay, Memorandum in Support of Motion for Relief from the Automatic Stay, and for good cause appearing, HEREBY ORDERS as follows:

1.  Tripodi's Motion is granted in its entirety.

2.  Tripodi is hereby granted relief from the automatic stay and may exercise any and all rights and remedies, including, but not limited to foreclosure, with respect to certain real property located in Wasatch County, Utah, being more particularly described as:

> THE EAST HALF OF THE NORTHEAST 1/4 OF SECTION 2; SOUTH 1/2 OF SOUTHWEST 1/4 OF THE NORTHEAST QUARTER OF SECTION 2, ALL OF THE FOREGOING IN TOWNSHIP 3 SOUTH, RANGE 5 EAST, SALT LAKE BASE AND MERIDIAN; AND
>
> THE EAST HALF OF THE SOUTH 1/2 OF THE SOUTHEAST QUARTER LYING SOUTH OF HIGHWAY 32, RIGHT-OF-WAY, SECTION 35, TOWNSHIP 2 SOUTH, RANGE 5 EAST, SALT LAKE BASE AND MERIDIAN.

3.  Tripodi is hereby authorized to exercise its contractual, state, and common law remedies, including, but not limited to foreclosure, with respect to the above-described real property.

**---END OF ORDER---**

4817-2449-8180.2

## CERTIFICATE OF SERVICE

**CERTIFICATE OF SERVICE**

I hereby certify that on the 13th day of October, 2009, I electronically sent the foregoing proposed **Order** to counsel to creditors listed on the Court's electronic mailing system in this matter for their review and approval pursuant to L.B.R. 9021-1(b)(1).

I further certify that pursuant to L.B.R. 9021-1(b)(4), on the 13th day of October, 2009, I electronically filed the foregoing proposed **Order** with the Clerk of Court using the CM/ECF system which sent notification of such filing to the above.

/s/ J. Thomas Beckett

J. Thomas Beckett
Shane D. Hillman
Brian P. Rosander
**PARSONS BEHLE & LATIMER**

*Attorneys for Robert C. Tripodi, Jr.*

4817-2449-8180.2